**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**SIDNEY MARTS,**
        **Plaintiff,**

**vs.**                                              **CASE NO. 3:08cv537/MCR/MD**

**WALTER A. MCNEIL, et al.,**
        **Defendants.**

_____/

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on January 13, 2009, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.      The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.      This cause is dismissed without prejudice as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) for plaintiff's abuse of the judicial process.

DONE AND ORDERED this 28th day of January, 2009.

s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**