**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA CITY DIVISION**

SIDNEY MARTS

    VS                                                      CASE NO.  3:08CV537/MCR/MD

CAPTAIN CHANCE

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on   February 6, 2009
Motion/Pleadings: REQUEST/MOTION FOR CLERK TO DESIGNATE RECORD
Filed by Plaintiff                    on 2/6/09        Doc.# 27
RESPONSES:
                                      on               Doc.#
                                      on               Doc.#

____ Stipulated        ____ Joint Pldg.
____ Unopposed         ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/ Katherine V. Goodman*
Deputy Clerk: Katherine V. Goodman

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 9th day of February, 2009, that:*

*(a) The relief requested is denied as moot. Plaintiff's request is unnecessary.*
*(b)* _____

/s/ *Miles Davis*

*Miles Davis*
*United States Magistrate Judge*