**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

SIDNEY MARTS

    VS                                                CASE NO.  3:08cv537/MCR/MD

CAPTAIN CHANCE, ET AL

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on  February 18, 2009

Motion/Pleadings: Motion for Leave to Proceed in Forma Pauperis/Motion to Stay or Hold in Abeyance Grant of Leave to Proceed in Forma Pauperis/Motion to Vacate/Motion for Transmission of Record/Motion to Stay Order of Enforcement of Pauper Fee in District Court /w/ Application for Issuance of a Writ of Prohibition

Filed by Sidney Marts   on 2/18/09   Doc.# 40

RESPONSES:

                                    on   Doc.#
                                    on   Doc.#

____ Stipulated     ____ Joint Pldg.
____ Unopposed     ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

/s/ Jean M. Davis
LC (1 OR 2)                  Deputy Clerk: Jean M. Davis

### *ORDER*

    Upon consideration of the foregoing, it is ORDERED this 24th day of February, 2009, that:

    Plaintiff's request for leave to proceed in forma pauperis on appeal is denied. (See doc. 31). The remaining requests for relief are also denied. (See doc. 32 & 39).

                                            /s/ *M. Casey Rodgers*
                                                 M. Casey Rodgers
                                            United States District Judge