**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

SIDNEY MARTS

    VS                                                            CASE NO.  3:08cv537/MCR/MD

CAPTAIN CHANCE, ET AL

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on  February 18, 2009
Motion/Pleadings: Second Action Motion for Stay /w/ Motion to Vacate Judgment
Filed by Sidney Marts    on 2/13/09    Doc.# 41
RESPONSES:

                                                 on                Doc.#
                                               on                Doc.#

____ Stipulated  ____ Joint Pldg.
____ Unopposed  ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

/s/ Jean M. Davis
LC (1 OR 2)                Deputy Clerk: Jean M. Davis

### *ORDER*

    *Upon consideration of the foregoing, it is ORDERED this 24th day of February, 2009, that:*

    *The relief requested is DENIED.*

                                                        /s/ *M. Casey Rodgers*
                                                        *M. Casey Rodgers*
                                               *United States District Judge*